UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.:2:09-cv-1634-TFM

| | |
|---|---|
| ANNE MCCOY,<br><br>             Plaintiff,<br>v.<br><br><br>WELTMAN WEINBERG & REIS, CO. LPA<br><br>             Defendant. | **STIPULATION OF DISMISSAL**<br><br><br><br><br>**JURY TRIAL DEMANDED** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

Date:  October 28, 2010                    Respectfully Submitted

By:  **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway, Suite 2J
Monroeville PA 15146
412-374-9005
lawfirm@jeffcanhelp.com
Counsel for Plaintiff

By:  **s/Danielle M. Vugrinovich**
Danielle M. Vugrinovich, Esquire
Suite 2900, 600 Grant Street
Pittsburgh PA 15219
412-803-1185
dmvugrinocvch@mdwcg.com
Counsel for Defendant

Date: October 29, 2010                    BY THE COURT:
                                           s/ Terrence F.  McVerry
                                          United States District Judge